378

■■■■■■■■■■■■■■■■■■■■■■■■■■

718 A.2d 1207

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ONE 1990 HON-
DA ACCORD, NEW JERSEY REGISTRATION NO. HRB20D, VIN
NO. 1HGCB7659LA063293 AND FOUR HUNDRED TWENTY
DOLLARS, DEFENDANT–RESPONDENT.

August 13, 1998.

## ORDER

It is ORDERED that the motion for clarification is denied;
provided, however, that the judgment of the Court filed on July
15, 1998, shall be applied to all pending cases and those on direct
appeal ("pipeline retroactivity").   See 154 *N.J.* 373, 712 *A.*2d 1148
(1998).